## NUNC PRO TUNC ENTRIES.

[Hamilton Circuit Court.]

MICHAEL BURKE v. WAYNE MANUFACTURING CO.

EFFECT OF NUNC PRO TUNC ORDER CORRECTING JUDGMENT.

A *nunc pro tunc* entry correcting the incorrect copying of a judgment as actually made, while relating back to the date of the judgment as between the parties thereto, will not operate to deprive persons not parties of rights acquired before it was made.

*Wm. Disney*, for plaintiff in error.
*M. Rogowskie*, contra.

SMITH, J. (Memorandum of decision.)

The motion for the recall of the mandate heretofore issued in this case, August 15, 1893, is overruled. It correctly states and cites the judgment as actually rendered by the court, as appears from the *nunc pro tunc* entry subsequently made, and as between the parties the judgment is valid and proper as of the day it was rendered, though not correctly copied upon the journal.

We suppose this ruling will not operate to the prejudice of a person not a party to the judgment. The *nunc pro tunc* entry, we suppose, will not operate to deprive persons not parties to the suit of rights acquired before such order was made. See case of Mather v. Tunnel Co., 2 Circ. Dec. 161 (3 R. 284, 286).